# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

VERA JANE DANIELS            )
                             )
and                          )
                             )
CELESTE NICOLE HOINS         )
                             )
            Plaintiffs,      )
                             )  Case No. 2:23-cv-02540-HLT-BGS
v.                           )
                             )
LANSING UNIFIED SCHOOL DISTRICT, et al.,  )
                             )
            Defendants.      )

## ADR REPORT

**Type of ADR:**            Mediation
**Name of Mediator:**       Honorable Paul C. Gurney
**Mediation Held:**         July 16, 2024
**Additional Sessions:**    N/A

**Results of Referral to ADR:**

☐ Case settled **before** ADR        ☐ Case did **not** settle
☒ Case settled **at** ADR session    ☐ Case settled in part

**Mediation Fees:**     $3,337.50

Did neutral serve pro bono?            Yes ☐        No ☒
Did neutral serve for a reduced fee?   Yes ☐        No ☒

**Status of litigation when ADR occurred:**

TRO ☐      Pre-Discovery ☐      Partial Discovery ☒ (discovery is almost complete)

Discovery Complete ☐      Pending dispositive motion ☐

After dispositive motion ruling ☐

**Length of ADR session:** Approximately 6 hours

Dated: August 2, 2024

{O0385263}

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/Andrew D. Holder
Andrew D. Holder                KS #25456
9393 W. 110th St., Suite 300
Overland Park, Kansas 66210
(913) 339-6757; Fax: (913) 660-7919
aholder@fpsslaw.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on August 2, 2024, I electronically filed the foregoing with the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to:

Arthur A. Benson II
LAW OFFICE OF ARTHUR A. BENSON II
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
abenson@bensonlaw.com
**ATTORNEY PLAINTIFF**

/s/ Andrew D. Holder
Andrew D. Holder, #25456

{O0385263}