IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| VERA JANE DANIELS, | ) |
| and | ) |
| CELESTE NICOLE HOINS, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-2540-HLT-BGS |
| LANSING UNIFIED SCHOOL DISTRICT No. 469, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Vera Jane Daniels and Celeste Nicole Hoins, by and through their attorney of record, Arthur A. Benson II of the Law Office of Arthur Benson II, and Defendant Lansing Unified School District No. 469, by and through its attorney of record, Andrew D. Holder of Fisher Patterson Sayler & Smith, LLP, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate that Plaintiffs' claims against Defendant be dismissed with prejudice with all parties to bear their respective fees and costs.

Respectfully submitted,

LAW OFFICE OF ARTHUR A. BENSON II

By  s/ Arthur A. Benson II
Arthur A. Benson II Mo. Bar # 21107
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
abenson@bensonlaw.com

        Attorney for Plaintiff

        and

        FISHER PATTERSON SAYLER
        & SMITH, LLP

        By  s/ Andrew D. Holder
        Andrew D. Holder  Ks. Bar # 25456
        9393 West 110th Street, Suite 300
        51 Corporate Woods
        Overland Park, Kansas  66210
        (913) 339-6757
        (913) 339-6187 (telefacsimile)
        aholder@fpsslaw.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed with the United States District Court for the District of Kansas via the Court's CM/ECF filing system with notice of case activity generated and sent electronically to counsel for Defendant listed below this   2nd   day of August, 2024.

Andrew D. Holder  Ks. Bar # 25456
Fisher Patterson Sayler & Smith, LLP
9393 West 110th Street, Suite 300
51 Corporate Woods
Overland Park, Kansas  66210
(913) 339-6757
(913) 339-6187 (telefacsimile)
aholder@fpsslaw.com

Attorneys for Defendant

         s/ Arthur A. Benson II
        Attorney for Plaintiffs Daniels and Hoins